Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for CMRE Financial Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ANTHONY PEREZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>CMRE FINANCIAL SERVICES, TRANSUNION,<br><br>        Defendants. | Case No.: SACV16-00639 JVS KES<br><br>JOINT NOTICE OF SETTLEMENT |

   Notice is hereby given that this matter has been settled in its entirety.  The parties are currently finalizing a settlement agreement and anticipate filing a stipulation for dismissal of the action with prejudice within 30 days.

Dated: 6/17/2016

*/s/Kyle Anthony Perez*
Kyle Anthony Perez
Pro Se Plaintiff

.
Dated:  6/17/2016               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Harijot S. Khalsa*
Harijot S. Khalsa
Attorney for Defendant
CMRE Financial Services, Inc.